IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| NINA JANKOWICZ;<br><br>Plaintiff–Appellant,<br><br>v.<br><br>FOX NEWS NETWORK, LLC, and FOX CORPORATION;<br><br>Defendants–Appellees. | Case No. 24-2544 |

**CONSENTED-TO MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE BRIEF AND APPENDIX FOR APPELLANT**

Plaintiff-Appellant Nina Jankowicz hereby moves, pursuant to Fed. R. App. P. 31(a)(1) and Local Rule 31.4, for a 25-day extension of time, to and including November 22, 2024, to file her opening brief and appendix.

1. On September 18, 2024, the Court issued a briefing notice notifying the parties on CM/ECF that Plaintiff-Appellant's brief and appendix would be due on or before October 28, 2024.

2. Plaintiff-Appellant has not previously sought an extension of this or any other deadline with this Court.

3. Counsel for Defendants-Appellees has authorized Plaintiff-Appellant to indicate they consent to the motion.

4. Counsel for Plaintiff-Appellant has pre-existing litigation deadlines in the coming weeks, including a reply brief in the Southern District of New York, a motion to dismiss and for sanctions in the Southern District of New York, ongoing depositions in the First Judicial District

1

of Montana, and full briefing on cross-motions for summary judgment in the First Judicial District of Montana.

5.   In light of these litigation deadlines, and to allow adequate time for the undersigned counsel to prepare the opening brief and appendix, Plaintiff-Appellant respectfully requests at 25-day extension of the deadline to file Plaintiff-Appellant's brief and appendix.

Date: October 1, 2024

          Respectfully submitted,

          LAW OFFICE OF MAX RODRIGUEZ PLLC

          /s/ Max Rodriguez
          Max Rodriguez
          575 5th Avenue, 14th Floor
          New York, NY 10017
          (646) 741-5167
          max@maxrodriguez.law

          Rylee Sommers-Flanagan
          Molly E. Danahy
          UPPER SEVEN LAW
          1 N. Last Chance Gulch, Suite 5
          Helena, MT 59601
          (406) 306-0330
          rylee@uppersevenlaw.com

          *Attorneys for Plaintiff-Appellant Nina Jankowicz*

3

## CERTIFICATE OF SERVICE

      I hereby certify that on October 1, 2024, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

      */s/ Max Rodriguez*
      Max Rodriguez