IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NINA JANKOWICZ;

Plaintiff-Appellant, v.

FOX NEWS NETWORK, LLC, and FOX CORPORATION;

Defendants–Appellees.

Case No. 24-2544

# MOTION FOR EXTENSION OF TIME
# IN WHICH TO FILE REPLY BRIEF FOR APPELLANT

Plaintiff-Appellant Nina Jankowicz hereby moves, pursuant to Fed. R. App. P. 31(a)(1) and Local Rule 31.4, for a 7-day extension of time, to and including March 12, 2025, to file her reply brief.

1. On December 30, 2024, Plaintiff-Appellant filed her opening brief and appendix. (Dkt. 22–23).

2. On February 12, 2025, Defendants-Appellees filed their brief and supplemental appendix. (Dkt. 30–31).

3. Counsel for Plaintiff-Appellant requests this extension because of last minute international travel on another matter.

4. Counsel for Defendants-Appellees consents to this motion.

Date: February 24, 2025

                                              /s/ *Max Rodriguez*

                                              Max Rodriguez
                                              LAW OFFICE OF MAX RODRIGUEZ
                                              575 5th Avenue, 14th Floor
                                              New York, NY
                                              (646) 741-5167
                                              max@maxrodriguez.law

                                              Rylee Sommers-Flanagan
                                              Molly E. Danahy
                                              UPPER SEVEN LAW
                                              P.O. Box 31
                                              Helena, MT 59601
                                              (406) 3396-3373
                                              Rylee@uppersevenlaw.com

                                       *Attorneys for Plaintiff-Appellant Nina Jankowicz*

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2025, I electronically filed the foregoing with the Clerk of Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ *Max Rodriguez*
Max Rodriguez
